IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:03CV00064 |
| Plaintiff, | : | Judge Walter Herbert Rice |
| v. | : | |
| ROTH CLAIMANTS, et al. | : | |
| Defendants | : | |

### ORDER DISMISSING DEFENDANTS, 3904 SUMMIT RIDGE DRIVE, BEAVERCREEK, OHIO; 1995 RED LEXUS SC 400, VIN #JT8UZ30C4S0044605 AND HUNTINGTON BANK ACCOUNT #\*\*\*\*\*\*\*\*3299 IN THE NAME OF BEVERLY ROTH

Upon the United States' Motion to Dismiss Defendants 3904 Summit Ridge Drive, Beavercreek, Ohio; 1995 Red Lexus SC 400, VIN #JT8UZ30C4S0044605 and Huntington Bank Account #\*\*\*\*\*\*\*\*3299 in the name of Beverly Roth, filed April 6, 2010, noting that these Defendants were forfeited in the criminal case United States v. Robert Roth, Case No. 3:06CR129, it is hereby ORDERED that the following Defendants are dismissed from this case:

1. 3904 Summit Ridge Drive, Beavercreek, Ohio;
2. 1995 Red Lexus SC 400, VIN #JT8UZ30C4S0044605;
3. Huntington Bank Account #3299, in the name of Beverly Roth.

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT COURT JUDGE