IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:03CV064 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROTH CLAIMANTS, et al. | : | |
| Defendants. | | |

### ORDER DISMISSING DEFENDANT (82) 2003 HUMMER, MODEL H2, VIN #5GRGN23UO3H100125

Upon motion by the Plaintiff, United States of America to dismiss Defendant 2003 Hummer, Model H2, VIN #5GRGN23UO3H100125 because the Defendant has been forfeited through the related criminal case;

It is hereby ordered that the Defendant 2003 Hummer, Model H2, VIN #5GRGN23UO3H100125, is DISMISSED.

*Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE