IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:03CV064 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROTH CLAIMANTS, et al. | : | |
| Defendants. | | |

### ORDER DISMISSING DEFENDANT (50) 2002 CHEVROLET CORVETTE, VIN #1G1YY326625101808

Upon motion by the Plaintiff, United States of America to dismiss Defendant 2002 CHEVROLET CORVETTE, VIN #1G1YY326625101808 because the Defendant has been forfeited through the related criminal case;

It is hereby ordered that the Defendant, 2002 CHEVROLET CORVETTE, VIN #1G1YY326625101808 is DISMISSED.

_____
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE