IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:03CV064 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROTH CLAIMANTS, et al. | | |
| | : | |
| Defendants. | | |

## ORDER DISMISSING DEFENDANT (59) 3945 DAYTON-XENIA ROAD, BEAVERCREEK, OHIO

Upon motion by the Plaintiff, United States of America to dismiss Defendant

3945 Dayton-Xenia Road, Beavercreek, Ohio because the Defendant has been forfeited through

the related criminal case;

It is hereby ordered that the Defendant, 3945 Dayton-Xenia Road, Beavercreek, Ohio is

DISMISSED.

_____
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE