IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:03CV064 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROTH CLAIMANTS, et al. | : | |
| Defendants. | | |

### ORDER DISMISSING DEFENDANT (74) 4820 U.S. 42 EAST, CEDARVILLE, GREENE COUNTY, OHIO

Upon motion by the Plaintiff, United States of America to dismiss Defendant 4820 U.S. 42 East, Cedarville, Greene County, Ohio because the Defendant has been forfeited through the related criminal case;

It is hereby ordered that the Defendant, 4820 U.S. 42 East, Cedarville, Greene County, Ohio is DISMISSED.

*Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE