IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:03CV064 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROTH CLAIMANTS, et al. | : | |
| Defendants. | | |

**ORDER DISMISSING DEFENDANTS
(75) 441.7 ACRES AT 2064 POPLAR FLAT
(76) 39.2 ACRES AT 2064 POPLAR FLAT
(77) 56.485 ACRES AT 2064 POPLAR FLAT
(78) 2.036 ACRES AT 2064 POPLAR FLAT
(79) 13.371 ACRES AT 2064 POPLAR FLAT AND
(80) 132.13 ACRES AT 2064 POPLAR FLAT**

Upon motion by the Plaintiff, United States of America to dismiss Defendants (75) 441.7 Acres at 2064 Poplar Flat; (76) 39.2 Acres at 2064 Poplar Flat; (77) 56.485 Acres at Poplar Flat; (78) 2.036 Acres at 2064 Poplar Flat; (79) 13.371 Acres at 2064 Poplar Flat and (80) 132.13 Acres at 2064 Poplar Flat because the Defendants have been forfeited through the related criminal case;

It is hereby ordered that the Defendants (75) 441.7 Acres at 2064 Poplar Flat; (76) 39.2 Acres at 2064 Poplar Flat; (77) 56.485 Acres at Poplar Flat; (78) 2.036 Acres at 2064 Poplar Flat; (79) 13.371 Acres at 2064 Poplar Flat and (80) 132.13 Acres at 2064 Poplar Flat is DISMISSED.

*/s/ Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE