IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:03CV064 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROTH CLAIMANTS, et al. | : | |
| Defendants. | | |

## ORDER DISMISSING DEFENDANTS
## (75) 441.7 ACRES AT 2064 POPLAR FLAT
## (76) 39.2 ACRES AT 2064 POPLAR FLAT
## (77) 56.485 ACRES AT 2064 POPLAR FLAT
## (78) 2.036 ACRES AT 2064 POPLAR FLAT
## (79) 13.371 ACRES AT 2064 POPLAR FLAT AND
## (80) 132.13 ACRES AT 2064 POPLAR FLAT

Upon motion by the Plaintiff, United States of America to dismiss Defendants (75) 441.7 Acres at 2064 Poplar Flat; (76) 39.2 Acres at 2064 Poplar Flat; (77) 56.485 Acres at Poplar Flat; (78) 2.036 Acres at 2064 Poplar Flat; (79) 13.371 Acres at 2064 Poplar Flat and (80) 132.13 Acres at 2064 Poplar Flat because the Defendants have been forfeited through the related criminal case;

It is hereby ordered that the Defendants (75) 441.7 Acres at 2064 Poplar Flat; (76) 39.2 Acres at 2064 Poplar Flat; (77) 56.485 Acres at Poplar Flat; (78) 2.036 Acres at 2064 Poplar Flat; (79) 13.371 Acres at 2064 Poplar Flat and (80) 132.13 Acres at 2064 Poplar Flat is DISMISSED.

_____
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE