IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:03CV064 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROTH CLAIMANTS, et al. | : | |
| Defendants. | | |

### ORDER DISMISSING DEFENDANT (73) LOT 14438 WESTERN HILLS, SPRINGFIELD, OHIO

Upon motion by the Plaintiff, United States of America to dismiss Defendant Lot 14438 Western Hills, Springfield, Ohio;

It is hereby ordered that the Defendant, Lot 14438 Western Hills, Springfield, Ohio is DISMISSED.

Dated 5/8/2012

*Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE