IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:03CV064 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| ROTH CLAIMANTS, et al. | : | |
| Defendants. | | |

### ORDER DISMISSING DEFENDANTS
### (1) 3973 ROCKFIELD DRIVE, BEAVERCREEK, OHIO and
### (13) 111 E. SUGARTREE DRIVE, WILMINGTON, OHIO

Upon motion by the Plaintiff, United States of America to dismiss Defendants

(1) 3973 Rockfield Drive, Beavercreek, Ohio and (13) 111 E. Sugartree Drive, Wilmington, Ohio

because the Defendants have been forfeited through the related criminal case;

It is hereby ordered that the Defendants (1) 3973 Rockfield Drive, Beavercreek, Ohio and

(13) 111 E. Sugartree Drive, Wilmington, Ohio are DISMISSED.

Dated 5/8/2012

*Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT JUDGE